**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RANDALL THOMAS McARTY
ADC #101565                                                                    PLAINTIFF

V.                                      NO: 5:06CV00229 WRW/HDY

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                          DEFENDANTS

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's partial motion for summary judgment (docket entry #72) is DENIED.

DATED this 28th day of November, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE