## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RANDALL THOMAS McARTY
ADC #101565                                                                                                  PLAINTIFF

v.                                              5:06CV00229 WRW/HDY

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Defendants' motion for summary judgment (docket entry #86) is GRANTED IN PART AND DENIED IN PART.

2.  Defendants' motion is GRANTED with respect to Plaintiff's claims regarding his hernia treatment, and all his claims against Bowler, Scott, and Ifediora.

3.  Defendants' motion is DENIED with respect to Plaintiff's claim that Anderson and CMS denied him Proscar for his urinary or prostate difficulties, and Plaintiff is allowed to proceed on those claims only.

4.  Plaintiff's motion for summary judgment (docket entry #96) is DENIED.

IT IS SO ORDERED this 25th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE