**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RANDALL THOMAS McARTY
ADC #101565                                                                                                    PLAINTIFF

V.                                     NO: 5:06CV00229 WRW

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1.    Plaintiffs' complaint is DISMISSED WITH PREJUDICE

2.    The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 2nd day of June, 2008.

/s/ Wm. R. Wilson, Jr
UNITED STATES DISTRICT JUDGE