**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RANDALL THOMAS McARTY
ADC #101565                                                                                    PLAINTIFF

V.                             NO: 5:06CV00229 WRW

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                                   DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of June, 2008.

/s/ Wm. R. Wilson, Jr
UNITED STATES DISTRICT JUDGE